**Order entered October 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01164-CR

**DEONTAY RASHAD PHILLIPS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-70179-U**

## ORDER
Before Justices Bridges, Francis, and Myers

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandate in this appeal **INSTANTER**.


/s/      MOLLY FRANCIS
         JUSTICE